UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                                 Case No. 2:16-mj-7
                                                  HON. Timothy P. Greeley

Spencer Troy Ward,

           Defendant.
_____/

## **ORDER OF DETENTION**

      Defendant and his counsel appeared before the undersigned on July 29, 2016, for an initial appearance on the criminal complaint charging defendant with Conspiracy to Manufacture, Distribute and Possess with intent to Distribute Marijuana Plants and Marijuana as well as motion for bond revocation for violating his bond in case 2:16-cr-6. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                         /s/ Timothy P. Greeley
                                                      TIMOTHY P. GREELEY
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: 7/29/2016