UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 2:16-cr-6-01

v.         HON. PAUL L. MALONEY

SPENCER TROY WARD,

        Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on April 14, 2017, after receiving the written consent of defendant and all counsel. At the hearing, defendant Spencer Troy Ward entered a plea of guilty to Count 4, charging defendant with conspiracy to manufacture, distribute and possess with intent to distribute marijuana plants and marijuana in violation of 21:846, 21:841(a)(1), 21:841(b)(1)(B)(vii), 21:841(b)(1)(C), 21:841(b)(1)(D). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count 4 be accepted and that the court adjudicate defendant guilty. It is further recommended that defendant remain detained pending sentencing. Acceptance of the plea, adjudication of guilt, determination of defendant's status pending sentencing, and imposition of sentence are specifically reserved for the district judge. The objection period to this report and recommendation has been waived by all parties.

Date: April 14, 2017 /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge