UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 2:16-cr-06-01

SPENCER TROY WARD,

        HONORABLE PAUL L. MALONEY

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 243). The Report and Recommendation was duly served on the parties, and the objection period to the Report and Recommendation has been waived by all parties.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count Four of the Third Superseding Indictment.


Date: April 14, 2017                           /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge