UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.

SPENCER TROY WARD,
        Defendant.
_____/

Case No. 2:16-cr-06-01

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 306). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Government's motion for an order of forfeiture for a money judgment in the sum of $475,254.30 (ECF No. 273) is GRANTED.

**IT IS FURTHER ORDERED** that the Government's motion for a preliminary order of forfeiture for real property located at 14747 N. Paynesville Rd. Bruce Crossing, Michigan (ECF No. 271) is GRANTED.

**IT IS FURTHER ORDERED** that the Government shall submit proposed orders of forfeiture consistent with the Court's findings.

Date: September 11, 2017

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge