UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SPENCER TROY WARD,

    Defendant.
_____/

Case No. 2:16-cr-06

HONORABLE PAUL L. MALONEY

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

Pending before the Court are two motions filed by the Government for preliminary orders of forfeiture for substitute assets. The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on March 28, 2018, recommending that this Court grant the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* W.D. Mich. LCrimR 57.2(e); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 389) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for preliminary order of forfeiture for substitute assets (ECF No. 366) is GRANTED. The preliminary order of forfeiture for substitute assets attached to the Government's motion will issue.

**IT IS FURTHER ORDERED** that the motion for preliminary order of forfeiture for substitute assets (ECF No. 379) is GRANTED.  The preliminary order of forfeiture for substitute assets attached to the Government's motion will issue.


Dated:  June 4, 2018                                          /s/  Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge