UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>　　　　Plaintiff,        )<br>　　　　　　　　　　　　　　)<br>v.        )<br>　　　　　　　　　　　　　　)<br>SPENCER TROY WARD        )<br>　　　　Defendant.        )<br>　　　　　　　　　　　　　　) | No. 2:16-cr-6<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the opinion and order entered on January 24, 2022, and the order adopting the report and recommendation entered on this date, pursuant to Fed. R. Civ. P. 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT ENTERS**.

**IT IS SO ORDERED.**

Date: April 20, 2022　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge